# United States District Court

**Western District of Texas**
**El Paso Division**

**FILED**

Jun 23 2021

Clerk, U.S. District Court
Western District of

Texas

By: _____ VMedina

Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **Case Number: EP:21-CR-00431(1)-FM LS** |
| | § | |
| **(1) Charles Raymond Worth** | § | |
| | § | |
| *Defendant* | | |

## ORDER SETTING PLEA - ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for PLEA in Magistrate Courtroom, Room 512, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

<u>**Thursday, June 24, 2021 at 11:30 AM**</u>
<u>***Zoom link will be sent out up to 24 hours prior to the setting***</u>

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense of this case, and that the time from June 04, 2021 through June 24, 2021 , is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding via Zoom.

IT IS FURTHER ORDERED that if for any reason the defendant or counsel is not available that the attorney of the defendant must file a motion for continuance waiving defendant's speedy trial rights for the period of the continuance.

IT IS SO ORDERED this the 23rd day of June, 2021.

_____
LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: EP:21-CR-00431(1)-FM |
| | § | |
| (1) Charles Raymond Worth | § | |

**DEFENDANT'S WAIVER OF RULE 32 TIME LIMITS**

       Rule 32 of the Federal Rules of Criminal Procedure and Rule CR-32 of the Local Court Rules of the United States Court for the Western District of Texas specify time limits for the disclosure and submission of the presentence report.

       Having been fully apprised by my counsel of record of these time limits, I hereby knowingly and voluntarily waive the limits, set out in Fed. R. Crim. P. 32(e)(2), 32(f)(l), and 32(g).

       I understand that by waiving these time limits, the time limits set out in Local Rule CR-32(b) will apply.


_____
      Date

                                   _____
                                   Defendant

                                   _____
                                   Attorney for Defendant

                                   _____
                                   Assistant U.S. Attorney


APPROVED: _____
                    Date

                                   _____
                                   LEON SCHYDLOWER
                                   UNITED STATES MAGISTRATE JUDGE